IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD VAUGHN, JR, et al.,

    Plaintiffs,

v.

KLAMATH COUNTY FIRE DISTRICT
NO. 1, et al.

    Defendants.

Civ. No. 1:22-cv-00161-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 20), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 20) is adopted. First Motion Against Plaintiff's Complaint (EFC No. 7) is GRANTED. Plaintiff's claim of Intentional Infliction of Emotional Distress against Defendant Stephen R. Hedlund is dismissed. The parties have thirty days to consent to trial before a magistrate judge. If the parties do not consent, the case will be reassigned to Judge Michael J. McShane.

1 –ORDER

IT IS SO ORDERED.

       DATED this 29th day of September, 2022.

                                                       /s/ Michael J. McShane  
                                                          Michael McShane  
                                                United States District Judge